# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133142(49)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

MARY ANN MCBRIDE,
      Defendant-Appellee.
_____

SC: 133142
COA: 271579
Macomb CC: 05-004049-FC

On order of the Chief Justice, the motion by defendant-appellee for extension to September 12, 2007 of the time for filing her supplemental brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2007

_____
Clerk